**Order entered January 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00044-CV

### IN RE LEDOUGLAS JOHNSON, Relator

**Original Proceeding in the Fifth District Court of Appeals
Dallas County, Texas**

## ORDER

The Court has before it Relator's Emergency Motion to Stay and Emergency Motion for Expedited Consideration and the Petition of Relator for Writ of Mandamus. We **DENY** the Motion for Emergency Stay. Based on the Court's opinion of this date, we **DENY** relator's Petition for Writ of Mandamus. We **ORDER** that relator bear the costs of this original proceeding.

/s/ DAVID L. BRIDGES
JUSTICE